# EXHIBIT A

## Declaration of Chad Johnson

# CONFIDENTIAL
# FILED UNDER SEAL

# Exhibit B



**Exhibit**
0018



To the Best thing ever happened to me.

To my worst distraction.

To my Rhythm and Blues

To You

my story ...

Confidential



I Just wanted you to Comfort me

When I called you late last night you see

I was falling into love

Yes I was Crashing into love

Oh, of all the words you said to me

About Life, Be Truth and being free

Yeah you Sang to me oh how you Sang to me

Girl, I live for how you make me feel

So I question all this being real

'Cause I'm not afraid to love

For the first time I'm not afraid to love

Oh, this day seems made for you and me

And you showed me what Life needs to be

yeah you Sang to me

Oh you Sang to me

Confidential

All the while you were infront of me I never
realized
I just can't believe it
I didn't see it
I can't believe it
Oh but I feel it
when you sing to me

How I long to hear you sing beneath the clea
blue skies
And I promise you this time I'll see it i
your eyes see it
I didn't believe it
I can't believe it
Oh but I feel it
When you sing to me live inside of me
Just to think you how this could be
I had no idea

Now I'm crazy for your love
Can't believe I'm crazy for your love
The words you said just sang to me
And you showed me where I want t
you sang to me
Oh you sang to me . . .

MAYO_000946



I hope you don't mind that I put down
in words
How wonderful life is while you're in the
world

I love you, and I'm so so so sorry for making
your life harder because of that..

I love you but I feel it is not enough.
I always wanted to live a love story and
after all these years I finally found it.

You are my story and I'll never give up on it.
I'll fight for you because I do love you.
My love for you is true, pure and above all
materialistic things.

I spent many nights awake thinking about you.

I look at your picture and I feel my heart go
so fast, I feel I want to cry on your shoulder.
My breath becomes harder and my body is
trembling.

I don't have a different explanation to this, except
is I'm in love with you.

Your love is giving me strange power and is
making me brave, also reckless and I wan
to go out there and scream telling everyone
"I love you."



MAYO_000948



Today you asked me a question " do you feel
that I Lead you on ? "

And you know what.. I don't Care so as long
I'm close to you ...

It hurts to think of you as a person who Can
do that because I don't believe that you as
a beautiful person Could do that to anyone ...

But .. I love being close to you and if
That's the only way, it is fine but don't
tell me about Lead me On
please ?

Confidential



- The first time I saw you in my office, I fell in love immediately, my heart starts to beat fast and when we shaked hands, I had a strange feeling of love all over my body .. I wanted to hug you and say it loud & Here she is .. I finally found her !!

I knew it's you from that day, something in your eyes, in your smile, may be in the way you talked attracted me ...

your eyes are pulling me deep inside, they are driving me crazy every time I look at them. from that day, I knew I'll fight for you no matter what. I just wanted you to stop and to work together

★ you've got my head spinning, no kidding

♥ I love you
   I'm in love with you ♥



- I watched the movie "Heat" and I found the right words I was looking for in that movie that describes my life when I met you.

Neil McCauley "Robert De Niro" said to Eady "Amy Brenneman" =

"The last thing I am is married. I'm a needle starting at zero, going the other way, a double blank and then Some one like you, Comes along." Cancer "sleep"

It took me a while to understand what he meant.

This describes my life. Like a thermometer getting colder and colder below zero, freezing even.

"Double blank" = Something you say to exaggerate that you really got nothing left of all.

I found "Heat" and warmth back in my life when you showed up.

Love you

What would I do without your smart mouth?
Drawing me in, and you kicking me out?

You've got my head spinning, no kidding,
I can't pin you down

What is going on in that beautiful mind?
I'm on your magical mystery ride
And I'm so dizzy, don't know what hit me
but I'll be alright

My head's underwater but I'm breathing fine
You're crazy and I'm out of my mind

Cause all of me ... loves all of you
Love your curves and all your edges
All your perfect imperfections

Give your all to me
I'll give my all to you

You're my end and my beginning
Even when I lose I'm winning

Cause I give you all of me
and you give me all of you, oh

MAYO_000952

How many times do I have to tell you?
Even when you're crying you're beautiful too

The world is beating you down, I'm around
though every mood

You're my downfall, you're my muse
My worst distraction, my rhythm and blues
I can't stop saying it's rising to my head for
you

Cards on the table, we are both showing
hearts
Risking it all, though it's hard

Cause all of me
loves all of you

Confidential
MAYO_000953



• You asked me to stay as friends .... I want to be the friend you fell hopelessly in love with. The one you take into your arms and into your bed and into the private world you keep trapped in your head. I want to be that kind of friend.

The one who will memorize the things you say as well as the shape of your lips when you tell them.

I want to know convince you to design a smile just for me.

yes

yes

I want to be your friend
I want to be your best friend in the entire world

If my love were an Ocean,
There would be no more Lod

If my love were a desert,
you would see only sand

If my love were a star late at night,
only light

And if my love could grow wings.
I'd be soaring in flight.

Confidential

MAYO_000955



I want you to promise being with me always

I cannot survive without you

You are the one whom I trust and with whom I can share the most loving and most bitter experiences of life.

Never in my life have I felt more dedicated to anything. I pledge my life and my love to you and I promise to keep investing my time and energy into the wonderful relationship that we have together.

Everyday I learn something new about you and I am always reminded of how amazing you are.

Together, we can have the greatest adventure of all time.

I want to say you are very precious to me. I love to be close to you. you are more beautiful than sunshine, more precious than gold. You are sweeter than candy and more lovely than the moon.

You are exquisite and delightful, special and unique.

Confidential

MAYO_000956



you entered my heart slowly, quietly, and passionately
your love spread through me.
Now why are you so perfect,
    God only knows ...

In every direction, there is you — just you
My emotions are rising and I am facing short
of Breath;
    My Heart is beating fast
what madness, what obsession ...
    what can I say of my state now?
    My heart, my soul, my whole world
    you are my only desire
        My sweetheart are you!

Confidential



- I hate Fridays and I Love Mondays

  I hate Fridays because it is the last day of the week and I will not see you for an entire 48 hours

  I Love Mondays because it brings you back to me.

- My only help on the weekends is your picture. I look at you and it helps me to go through these difficult hours.

- I wake up every morning thinking of you. I can't wait to bring your coffee and breakfast every morning.. I found in them excuses to see you early in the day. In fact I try to find these is everything to call you, to talk to you and to see you ...

- I love your texts, I love to talk to you, to listen to your lovely voice ...

  I know it will not be too long before everyone knows I really don't care about anybody else.

Confidential

- Why are you so perfect?

- I'm amazed when I look at you. But because
  Not just because of your looks, But because
  of the fact that everything I've ever wanted
  is right in front of me?

- Never in a million years did I think I'd find
  Some one so utterly and completely perfect, Someone
  who would make me happier than I ever dreamed
  I could be. Someone that would touch my life so profoundly
  and give me a whole new reason to breathe.
  But when I found you and realized that- everything) to
  I anticipated you to be doesn't even (compare) to
  who you are.

- You're my definition of perfect 😊

- you are my best friend, diary human
  my human, and my other half -
  you mean the world to me I love you

Confidential





- You are the last thing on my mind every night and you are the first one to fill my thought every morning. Everyday is like a blessing because I know that I get to wake up knowing that I'll see you and I'll talk to you.

Confidential

Love me. Even more, even more

Oh my most beautiful fit of madness, even more

Love me, even more
Down me even more, my lady, the sea is calling me
Kill me even more, may be death would be my rebirth

Oh most beautiful woman in the universe, love me
Oh you whom I loved until love burned, love me

If you're looking for somewhere to stay, I'd hate you reside in the light of my eyes

Your love is my map, the map of the universe
No longer matters to me

I'm the oldest capital of sadness and my wound is a pharaonic inscription

My pain extends like a flock of birds from
Baghdad to China, my April
My heart's candy, the sands of the sea and the soul of
Oh you're soul, forests of olives
My taste of snow and a taste of fire and a flavor
At of my doubt and certainty

I feel scared of the unknown, so shelter me

Confidential



Confidential

MAYO_000962



(Arabic)

I feel scared of the dark so hold me tight

(Arabic)

I feel scared of the cold so cover me and stay by my side, sing for me

(Arabic)

Since the beginning of creation, I've been looking for a homeland for myself

(Arabic)

Been looking for the love of a woman which can take me to the edges of the sun and throw me off ...

(Arabic)

Light of my life, my fun, my lamp, my vineyard

(Arabic)

Give me a bridge made of the scent of lemon

(Arabic)

And put me in the darkness of your hair like me

(Arabic)



For you___, I left all women and left behind me and scratched out my birth certificate and cut up all my arteries ...

Confidential



• I couldn't tolerate seeing you upset this morning

It kills me seeing these beautiful eyes of you filled with tears ...

And I would like to say these words to you to assure you :
you're not alone
I got your back
I will fight for you ...

we were drawn from the pieces
we were brave like the soldiers
you were holding up the pale moonlight
I've someone holding to me
and I couldn't broken tell you but I'm telling you now

Just let me hold you while you're falling
a part Just let me hold you and we'll both
fall on down tell me everything you want me to
be

forever with you
forever in me
forever the same ...

Confidential

MAYO_000965



Just let me hold you
while you're falling apart

Just let me hold you
and we will both fall down

Fall on me

Tell me everything you want me to be

Forever with you
Forever in me

Forever the same ---

I'll be there for you

And you will be there for me

(Call on me)



What is going on?

you've changed alot. Why do you avoid me?

No texts or message for few days now. I

miss you so much.

Did I do anything wrong? I'm tired and

I truely miss you. I miss our Conversation and

I miss you asking "How am I doing?"

I guess you felt also Something changed because

you asked me if "I'm not mad of you?"

I'm not and I can't and I'll never-

be mad at you. But I'm disappointed.

I'm disappointed with The way you're behaving

please don't be Cruel. please Come back and

don't Change.

I do love you and I do miss you ♡

Confidential



September 28th

→ The worst day of my life
The day you returned everything to me.
The day you were angry with me in a row
I never saw it before.
you just broke me forever ○ ○ ○ ○
But I still and I will always love you ○ ○ ○

Confidential

MAYO_000968

# Exhibit C

First I don't want our conversation today to come across as I'm still trying. So please let me finish all what I need to say. I learned long time ago not to have this kind of conversation with someone who is angry or upset and especially if that someone means a lot to me because it always goes bad. So I wanted things to cool off a bit before I talk to you and the other day I was in a hurry to catch my flight so it did not seem to be the right time either but I don't like to leave things unsolved or pending like that. So consider this is my last talk to you about this subject. I also hate flying, so you never know may be I'll never see you again either, that's why I really wanted to finish these issues today...

I also spent a fair amount of time thinking about what I'm going to say to you today because I it is hard for me.

Something happened the other day made me think, really think about what happened. I was buying my usual morning coffee and you know what the guy told me: "Just the mocha, no cold press today?"... This made me sad, really sad that things between us changed that much that quickly.

So I start thinking in the last few days how and why this happened? Again, please I'm not here asking you to rethink or change your mind. You pretty much made it clear to me what your decision was. And I'm the one to blame. Before I left to Toronto, I asked you if you wanted to return the ring and you said no because you loved it. But I told you to take your time and think about it before you make your decision. When I was there we were texting and you asked me how I feel about next week, and I told you I'm afraid of coming back. You know why? Because I was terrified of you returning my gift back. When the following week came, I was terrified every single day, almost no sleep as I expect the next day morning you're giving everything back to me and when the week was almost over, I was so happy that things stayed the same. But anyway, may be I screwed things up when I texted you that weekend but I'm sure you understand why I had to do that. Anyway by returning my gifts, in my mind this was very insulting to me and I'll never forget that but I understand what you're going through. While this never happened to me before, it really affected me a lot. I can't delete your upset angry image from my head and I don't think I'll ever be able to. It was just one of the worst days I've been through lately. But anyway, I guess time to move on...

Yesterday morning you were angry during rounds, upset as If I'm attacking you with my questions or comments. You even told me that "I'm trying to get you in trouble" which was really shocking to me. Is that what you really thinking-after all this-or you were just upset of something else. Because I'm the last person to get you in trouble, I'm your real supporter here if not the only one who actually has your back and this will not change

Then I looked at you yesterday afternoon, doing all this great work with patients and multitasking millions of things at the same time: PD drain, taking sutures our, placing wound VAC, changing dressing, closing an incision plus all other patient care stuff and I was impressed with how good your work is and I would love for this to continue..

But since our last conversation, I noticed several things that changed in you and I will tell you what I've seen and correct me if I'm wrong or just paranoid:

You used to follow-up before you leave the hospital about all patients, you stopped, in fact you did not even tell me the other day that you were leaving, I'm not asking you to take my permission, but

MAYO_001285

I'm just saying you've changed. You even used to ask me about the patients on the weekend, you used to be on top of everything and having control over everything but I don't feel you are yourself anymore. You start talking like others. When asked you while I'm in Florida, to call Ms. Reisdorf to change her surgical date…I never expected you will say "I can't.", you were always on top of these things, you didn't even try and you told me that she doesn't' have a phone or whatever reason it is… Although Rachel was able to get hold of her right away. Remember when you changed my clinic and OR cases one day for so I can do a baby case without me even telling you what needs to be done. And I was impressed that you thought about this immediately. This is Rebecca that I know… The TEE report on Lauren Woods, you would have sent it to me by email like you used to and you didn't. You've changed and I hate to see you changed.

Words like: "I can't. It is not my job, I'm just the messenger, I'm just telling you…" you know how much these words affect me? It makes me upset and especially when it comes from someone like you. I never expected these words will come out of your mouth one day because I know it is not you who is talking.

I don't want you to change from someone who loves doing her job to someone who is just doing her job like everyone else. I don't see your heart at work anymore which makes me sad. You seem frustrated and a bit angry, so please go back to Rebecca that I know.

Do you remember one day when you sent me a message telling me that a long line of people are waiting to wipe out when they were leaving. Waiting for the clock to hit 5:00 exactly? You were laughing at that because you never did it. You never thought about your time here because you loved your job and I don't want this to change. I'm not asking you to stay late, you are free to do whatever you want but I'm just telling you what I've noticed.

Rebecca, I don't want things at work to change between us. We have been working together for a good period of time now and we can't ignore each other. I want you to continue doing your great work and I want to teach you everything I know and I will continue to help you. What you've said to me will not change this if that's what you are worried about.

I don't want to leave bad memories in any one's head and especially you. You are very talented, and smart. You are one of the few people that I've met who can multitask successfully and you can do more and more great work and we have a lot to do. I'm always proud of you and I love this work relationship to continue. We have a lot to produce and you've a lot of potentials to be great one day. I want you to succeed because this will make me happy.

 Anything else, it is my personal life and I will deal with it. It has nothing to do with you. I hope these words help clarifying things a bit more and at the end it is your decision.

So Thank you for all your help and for all what you do…..

# Exhibit D

## Expense Report

**Report Name : MN0915645-01/15/2018-Bahrain**

**Trip Number & Location :  MN0915645-01/15/2018-Bahrain**

---

**Employee Name :** Said, Sameh M.

**Employee ID :** 000183475

---

**Report Header**

**Policy :** Mayo Travel Expense Policy

**Description :** Rachel 57066

**Report Id :** 0777778E38784C83BF37

**Report Date :** 02/03/2018

---

**Meal (0065010000)**

| Transaction Date (Date Paid) | Expense Type | Payment Type | 100% Personal - Employee Responsibility | Merchant Name | Amount | Approved Amount | Personal Amount - Custom 30 | Adjusted Claimed Amount | Has Allocation |
|---|---|---|---|---|---|---|---|---|---|
| 01/20/2018 | Meal (0065010000) | BOA Corporate Card - IBCP | No | HMSHOST AMSTERDAM SCHIPHO | 6.92 | 6.92 | 0.00 | 6.92 | No |

**Parking (0065000000)**

| Transaction Date (Date Paid) | Expense Type | Payment Type | 100% Personal - Employee Responsibility | Merchant Name | Amount | Approved Amount | Personal Amount - Custom 30 | Adjusted Claimed Amount | Has Allocation |
|---|---|---|---|---|---|---|---|---|---|
| 01/20/2018 | Parking (0065000000) | BOA Corporate Card - IBCP | Yes | MSP AIRPORT PARKING | 192.00 | 0.00 | 0.00 | 0.00 | No |

**Personal Expense**

| Transaction Date (Date Paid) | Expense Type | Payment Type | 100% Personal - Employee Responsibility | Merchant Name | Amount | Approved Amount | Personal Amount - Custom 30 | Adjusted Claimed Amount | Has Allocation |
|---|---|---|---|---|---|---|---|---|---|
| 01/18/2018 | Personal Expense | BOA Corporate Card - IBCP | Yes | SEVEN SEAS JEWELLERY | 514.68 | 0.00 | 0.00 | 0.00 | No |
| 01/17/2018 | Personal Expense | BOA Corporate Card - | Yes | DEBENHAMS | 1,763.84 | 0.00 | 0.00 | | No |

|                         |          |
|-------------------------|----------|
| **Report Total :**      | 2,477.44 |

**Company Disbursements**

|                                  |      |
|----------------------------------|------|
| **Amount Due Employee :**        | 0.00 |
| **Amount Due Company Card :**    | 6.92 |
| **Total Paid By Company :**      | 6.92 |

**Employee Disbursements**

**Amount Due Company Card From Employee :** 2,470.52

MAYO_000885

| | |
|---|---|
| **From:** | Said, Sameh M., M.D., M.B., B.Ch. |
| **Sent:** | Sunday, February 4, 2018 12:38 AM |
| **To:** | Johnson, Rachel M. [RO CAR] |
| **Subject:** | RE: Bahrain |

What do I need to do with this? Don't tell my wife, she will freak out

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Saturday, February 03, 2018 2:09 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: Bahrain

Or nevermind….you spent $1,763.84 at a store?? Debenhams???
And a $514.68 at Seven Seas Jewelery??

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Saturday, February 03, 2018 2:07 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** Bahrain

I need receipts for this trip, PLUS, I thought they were paying for your hotel there?  The charge is on your credit card………….

**Rachel M. Johnson** | Cardiovascular Surgery | Medical Secretary to: Sameh M. Said, M.D., Simon Maltais, M.D., Ph. D., and Juan A. Crestanello, M.D. | Ph: 507-255-7066 | Fax: 507-255-8674 |
johnson.rachel4@mayo.edu
**Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | mayoclinic.org

*Mayo Clinic, a mission-driven worldwide leader in health care for 150 years.*
http://150years.mayoclinic.org/

1

MAYO_000903

# Exhibit E

# Travel Card

## Scope

This policy applies to all Mayo Clinic employees.

## Purpose

The Supply Chain Management (SCM) Corporate Travel Credit Card (travel card) is designed for use by Mayo Clinic students, voting staff, residents, and employees who travel for Mayo Clinic business purposes. It may also be used for non-travel related business expense as defined in this policy. This policy ensures that Mayo Clinic employees adhere to federal, legal and financial requirements to avoid severe penalties.

## Policy

- The travel card is the property of Mayo Clinic and is required to be used for all Mayo Clinic business related travel expense.
- The cardholder and their Manager/Supervisor are responsible for ensuring that all purchases are for legitimate business needs and are in compliance with all Mayo Clinic Policies and Procedures.
- Application for the travel card requires authorization by the applicant's direct supervisor or an administrator. The supervisor may assign any of the below available credit limits up to the maximum allowed for the cardholder's category:
  - Student/Resident: Max: $5,000.00 (Other available limits: $2,000.00 and $1,000.00)
  - Allied Health Staff: Max: $8,000.00 (Other available limits: $5,000.00, $2,000.00, and $1,000.00)
  - Administrative Assistant: Max and only available limit: $1,000.00
  - Voting/Consultant Staff: Max: $12,000.00 (Other available limits: $8,000.00, $5,000.00, $2,000.00, and $1,000.00)
- Federal law requires the financial institution supporting the travel card to obtain, verify, and record information that identifies each person who opens an account. To process the application, the financial institution must have your name, street address, date of birth and other identifying information. The financial institution may ask for identifying documents from you as well.
- Cards are issued in an individual's name; however, its use does not affect personal credit or utilize personal credit scores. Sharing cards is prohibited.
- Cardholders are responsible for all charges on the travel card. Per IRS guidelines, reimbursement of business expense after 90 days will be taxable to the cardholder.
- Cardholders are responsible for reconciling charges on the card in a timely manner (recommended within 14 days) after the charge was incurred.
- The reconciliation process must include correctly identifying all charges as either business or personal expense.

MAYO_003488

- Cardholders must provide any required supporting documentation through the SCM approved mechanism.
- The following are examples of unacceptable uses of the travel card. This list does not include all potentially unacceptable transactions.

| | |
|---|---|
| ◦ Cash<br>◦ Gift Cards<br>◦ Products and services (including but not limited to: capital equipment, medical supplies, office equipment, and office supplies) | ◦ Computer hardware or software – unless otherwise specified by policy such as Dues and Professional Reimbursement Policy |

- The following are examples of acceptable uses of a travel card. This list does not include all potentially accepted transactions.

| | |
|---|---|
| ◦ Travel arrangements<br>◦ Seminars and registrations<br>◦ Expenses incurred while traveling as allowed within Travel Policies | ◦ Meals for business purposes as allowed in the Food and Beverage policy. |

- The travel card should not be used for personal expenses – except on a limited basis while on a Mayo Clinic business related trip.
- Balance for non-reimbursed expenses placed on the card must be paid in full within 30 days of the expenditure directly to Bank of America by the cardholder.
- Any misuse and/or abuse will be documented and may result in:
  - ◦ Notification to Manager/Supervisor
  - ◦ Suspension of card privileges
  - ◦ Termination of card privileges
  - ◦ Formal corrective action up to and including termination; as determined by the employee's leadership and Human Resources Service Partner.
- Cardholders and their Manager/Supervisors are required to respond promptly to Supply Chain Audit and Controls requests for documentation or clarification of any purchase made with the card.
- If a cardholder's travel card is closed for violation of policy, any unpaid balance at the time the card is closed will be charged to the cardholder's department account and reported as taxable income to the cardholder. It is the responsibility of the cardholder to notify SCM of any payments to the department that decrease the taxable amount. To request a replacement credit card, an SCM policy exception, requesting reinstatement, must be submitted and approved by immediate supervisor. The account must be at a $0.00 balance for 30 days before submitting a policy exception. After review and approval by SCM, a new card may be issued.
- Cardholder must surrender the travel card to their immediate supervisor prior to departure of employment.
- Cardholders are personally responsible for all late payment fees.

## Procedure

MAYO_003489

1. The potential cardholder submits an application electronically and acknowledges the terms & conditions.
2. The application is forwarded to their direct supervisor for review and approval. By authorizing this application, the direct supervisor or administrator confirms that this employee is in good standing with Mayo Clinic. In addition, this approval indicates the employee is aware of the requirements and limitations that Mayo Clinic has placed upon the travel card and will travel on behalf of the organization.
3. Once the application is approved by the direct supervisor or administrator, the application is routed to the Mayo Clinic Corporate Credit Card team for review and action.
4. The Corporate Credit Card team reviews the application to ensure requested use is in compliance with Policy. If the application is approved by the Corporate Card team, the card will be ordered and sent directly to the cardholder's home address within 10-14 business days.
5. Once received, the cardholder is able to use the card as described in this policy.
6. The cardholder will reconcile the card transactions and attach the required supporting documentation within a timely manner in the SCM approved mechanism.
7. The cardholder will pay the credit card provider directly for any personal portions within 30 days of the expenditure.
8. Regular audits of purchases will be conducted by Supply Chain Audit and Controls and cardholders will be contacted as necessary to ensure compliance with all appropriate policies and processes.
9. Any questions or concerns with the card can be directed to Supply Chain Management Customer Support at 507-266-5551 during normal business hours of 7AM – 5PM CST Monday - Friday.

# Related Document(s)

How do I buy that guide

Travel Card Online Application

# Definitions

N/A

# References

N/A

# Approved by

Supply Chain Leadership Management Team (SCMLT)

# Owner

Dan Schmitz on behalf of Supply Chain Leadership Management Team (SCMLT)

# Contact

Scott Hammer, Reviewer

Amy Conway, Contact

# Revision History

| Date | Synopsis of Change |
|------|--------------------|
| 6/15/2017 | Policy standardization |

## Content Information

Notification Recipient: Alberts, Heidi D.
Content ID: DOCMAN-0000191818
Effective Date of Current Version: 06/26/2017
Site(s): Arizona, Florida, Rochester, Albert Lea,
Austin, Cannon Falls, Decorah, Eau Claire, Fairmont,
Faribault, La Crosse, Lake City, Mankato,
Menomonie, Owatonna, Red Wing

Workflow Reviewer Name(s): Hammer, Scott A.
Workflow Approver Name(s): Schmitz, Daniel K. (Dan)
Scheduled Review Due Date: 11/01/2018

COPYRIGHT © Mayo Foundation for Medical Education and Research. This information is intended for use by employees of Mayo Clinic and its subsidiaries only. It is confidential and no part of it may be transmitted in any form by electronic, mechanical, photocopying, or any other means to anyone outside Mayo Clinic without the prior permission of Mayo Foundation for Medical Education and Research. Inappropriate use or dissemination of this information may result in disciplinary action.

Master copies are retained online. Printed copies are considered current only on the date printed.

# Exhibit F

| | |
|---|---|
| **From:** | Johnson, Rachel M. [RO CAR] [Johnson.Rachel4@mayo.edu] on behalf of Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> |
| **Sent:** | Wednesday, September 19, 2018 10:32 PM |
| **To:** | Said, Sameh M., M.B., B.Ch., M.D.; Said, Sameh M., M.B., B.Ch., M.D. |
| **Subject:** | RE: Mayo Travel Card Warning REF:0407012829 |

Good!  I can't wait for AZ next week

---

**From:** Said, Sameh M., M.B., B.Ch., M.D.
**Sent:** Wednesday, September 19, 2018 4:27 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Mayo Travel Card Warning REF:0407012829

Anyway on the good side I just finished seeing all patients and all good for tomorrow
Now going for the lobster

Sent from my iPhone

On Sep 19, 2018, at 5:24 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> HAHAHA
>
> ---
>
> **From:** Said, Sameh M., M.B., B.Ch., M.D.
> **Sent:** Wednesday, September 19, 2018 4:20 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** Re: Mayo Travel Card Warning REF:0407012829
>
> What the fuckkkkkkkkkkk?
> I don't want to apologize to those assholes
> Next time I'll use this card in the nightclub
>
> Sent from my iPhone
>
> On Sep 19, 2018, at 5:17 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>
>> This is the $100 gift card for Kevin.  Please copy and paste this for a response:
>>
>> **I understand Mayo Clinic policy, and am sorry for the inappropriate use of my card.  My secretary marked this as a personal expense in Concur, as it was, so there shouldn't be any further issues.**
>> **Thank you**
>> **Sameh**
>>
>> OR something like that, but idk why they care.  It's not like I'm asking Mayo to pay for it.  IT was marked as 100% personal from the beginning.

1

MAYO_000906

**From:** Said, Sameh M., M.B., B.Ch., M.D.
**Sent:** Wednesday, September 19, 2018 4:11 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Fwd: Mayo Travel Card Warning REF:0407012829

What are these people talking about?
Before I say something inappropriate, I don't recall that but it has to be during a trip but I don't remember
Can you tell me before I reply with something inappropriate to them ?

Sent from my iPhone

Begin forwarded message:

> **From:** Mayo Clinic Corporate CRM Card
> <mccorporatecrmcard@mayo.edu>
> **Date:** September 19, 2018 at 4:59:04 PM EDT
> **To:** "Said, Sameh M., M.B., B.Ch., M.D."
> <Said.Sameh@mayo.edu>
> **Subject: Mayo Travel Card Warning REF:0407012829**
>
> Sameh Said,
>
> We are writing in regard to inappropriate activity on your Mayo Travel Card.
>
> Our records indicate the Bank of America card was used on 9/5/2018 at Nova Restaurant Group in the amount of $102.50.
>
> Use of this card should be restricted to business expenses while traveling for Mayo Clinic only.
>
> If this abuse continues, your account may be terminated and notification will be sent to your supervisor and HR service partner.
>
> You are expected to remit your full personal balance to Bank of America by end of the next billing statement.
>
> Please let us know if you have any questions.
>
> Thank you,
>
> Mayo Clinic Corporate Credit Card Team
> Email: MCCorporateCC@mayo.edu
> Phone: 507-266-5551 for Customer Support
> Fax: 507-266-4270
> _____
> Mayo Clinic
> 200 First Street SW
> Rochester, MN 55905
> www.mayoclinic.org

2

MAYO_000907

# Exhibit G

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, June 20, 2018 10:03 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: WTSA

But I don't want her to know...

Sent from my iPhone

On Jun 20, 2018, at 4:02 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> Maybe she wants to know what you're doing
>
> ---
>
> **From:** Said, Sameh M., M.D., M.B., B.Ch.
> **Sent:** Wednesday, June 20, 2018 3:57 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** Re: WTSA
>
> Why my wife needs to know this?
>
> Sent from my iPhone
>
> On Jun 20, 2018, at 3:53 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>
> ## Tuesday, June 26, 2018
>
> ### Flight to Los Angeles
> Flight leaves Minneapolis (MSP) on Tuesday, June 26 at 2:25pm with Delta – arriving in Los Angeles (LAX) at 4:18pm (3hrs, 53min).  **Flight Confirmation: JQQYMN**
>
> ### Pick up HERTZ Rental Car – Confirmation #: H6694544517GOLD
>
> ### Hotel Reservation
> The Ritz-Carlton Bacara, Santa Barbara
> 8301 Hollister Avenue
> Santa Barbara, CA 93117
> Check-in: 6/26 (4pm)
> Check-out: 7/1 (12pm)
> **Confirmation #: 95827941**
>
> ## Wednesday, June 27, 2018
>
> ### New Member/WTSA Welcome Reception
> 7:00pm – 9:00pm
> Ocean Lawn
> *Resort Attire*

1

MAYO_001139

### Thursday, June 28, 2018

**Spanish Nights Theme Dinner**
6:00pm – 10:00pm
Arrival Courtyard
*Cocktail Attire*

### Friday, June 29, 2018

**Free Evening**
Starting at 2pm.

### Saturday, June 30, 2018

**Family Luncheon**
12:30pm – 2:00pm
Ballroom Terrace and Veranda

**President's Reception and Banquet**
7:00pm – 11:00pm
Ballroom Terrace and Ballroom A&B
*Black Tie/Evening Dress Attire Preferred*

### Sunday, July 1, 2018

**Flight to Minneapolis:**
Departing flight from Los Angeles (LAX) leaves Sunday, July 1 at 1:10pm with
Delta – arriving in Minneapolis (MSP) at 6:51pm (3hrs, 41min).  **Flight
Confirmation: JQQYMN**

Have fun!  Enjoy the nice weather!

Rachel


<Flights.pdf>

<Hotel Confirmation.pdf>

<Registration.pdf>

<Social Program.jpg>

2

MAYO_001140

# Exhibit H

Exactly and he doesn't get in the middle of things or try to stir things up

**From:** Said, Sameh M., M.D.
**Sent:** Thursday, November 16, 2017 9:43 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: Secret Santa Exchange

What I hate is the two faces person who is an asshole and trying to show he is nice. I prefer to stay an asshole

You see, my problem is I'm not like these guys and they know that, that's why they hate me. I just don't fit between them

I was trained by Dr. Schaff and that may be an issue but he behaves the same way too, doesn't respond to this shitt

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Thursday, November 16, 2017 9:39 AM
**To:** Said, Sameh M., M.D.
**Subject:** RE: Secret Santa Exchange

Yeah that's disgusting but it's the same way here in the office with my two people

**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 5:05 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Secret Santa Exchange

You see the shitt I'm dealing with. They kiss each other ass and they kiss Dearani ass

I hate everyone

I'm just swallowing

Sent from my iPhone

MAYO_000909

On Nov 15, 2017, at 11:00 PM, Johnson, Rachel M. [RO CAR]
<Johnson.Rachel4@mayo.edu> wrote:

Lol

**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 5:00 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Secret Santa Exchange

Why?

No body will know ...it's secret

Sent from my iPhone

On Nov 15, 2017, at 10:59 PM, Johnson, Rachel M. [RO CAR]
<Johnson.Rachel4@mayo.edu> wrote:

Please no

**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 4:55 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Secret Santa Exchange

I decided I'm bringing my secret Santa gifts from Victoria secrets then they will
stop that shitt forever

Sent from my iPhone

On Nov 15, 2017, at 10:50 PM, Johnson, Rachel M. [RO CAR]
<Johnson.Rachel4@mayo.edu> wrote:

Why!

MAYO_000910

**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 4:51 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Fwd: Secret Santa Exchange


I want to throw up

Sent from my iPhone


Begin forwarded message:

> **From:** "Johnson, Rachel M. [RO CAR]"
> <Johnson.Rachel4@mayo.edu>
> **Date:** November 15, 2017 at 10:25:11 PM GMT
> **To:** "Said, Sameh M., M.D." <Said.Sameh@mayo.edu>
> **Subject: RE: Secret Santa Exchange**
>
> Lol.   You know who Santa is right?
>
> Secret santa is a game where you exchange names with people in the office and secretly get them gifts throughout the week and place them on their desk without them knowing.   They are supposed to try and figure out who their "secret santa" is.   The last day of the week, normally people give the biggest gift (up to $15)
>
>
> **From:** Said, Sameh M., M.D.
> **Sent:** Wednesday, November 15, 2017 4:24 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** Re: Secret Santa Exchange
>
>
> Listen i have language barrier and I don't understand a lot of this American and definitely non of the Canadian bullshitt
>
> So I need an explanation
>
> Sent from my iPhone
>
>
> On Nov 15, 2017, at 10:22 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>
> > That sounds too mushy gushy

MAYO_000911

**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 4:22 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Secret Santa Exchange


You are my secret Santa

Sent from my iPhone


On Nov 15, 2017, at 10:21 PM, Johnson, Rachel M. [RO CAR]
<Johnson.Rachel4@mayo.edu> wrote:

What is the title


**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 4:21 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Secret Santa Exchange


That's the title of my feather to you....I just couldn't write it

Sent from my iPhone


On Nov 15, 2017, at 10:20 PM, Johnson, Rachel M. [RO CAR]
<Johnson.Rachel4@mayo.edu> wrote:

Haha


**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 4:19 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Secret Santa Exchange


You are my secret Santa

I'm not participating to fix Dr.Maltais Ego

MAYO_000912

I know where is my gift is going to go...


Sent from my iPhone


On Nov 15, 2017, at 10:14 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> Lol. I would advise you not to participate because you might get Melanie or Brenda's name


**From:** Said, Sameh M., M.D.
**Sent:** Wednesday, November 15, 2017 3:42 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Fwd: Secret Santa Exchange


I don't hide secrets from you

Sent from my iPhone


Begin forwarded message:

> **From:** "Maltais, Simon, M.D., Ph.D." <Maltais.Simon@mayo.edu>
> **Date:** November 15, 2017 at 9:39:35 PM GMT
> **To:** "Bagameri, Gabor, M.D." <Bagameri.Gabor@mayo.edu>, "Cicek, M. Sertac, M.D." <cicek.m@mayo.edu>, "Daly, Richard C., M.D." <rdaly@mayo.edu>, "Dearani, Joseph A., M.D." <jdearani@mayo.edu>, "Greason, Kevin L., M.D." <Greason.Kevin@mayo.edu>, "Maltais, Simon, M.D., Ph.D." <Maltais.Simon@mayo.edu>, "Pochettino, Alberto, M.D." <Pochettino.Alberto@mayo.edu>, "Said, Sameh M., M.D." <Said.Sameh@mayo.edu>, "Schaff, Hartzell V., M.D." <schaff@mayo.edu>, "Stulak, John M., M.D." <Stulak.John@mayo.edu>, "Dearani, Joseph A., M.D." <jdearani@mayo.edu>, "Miller, Jordan D., Ph.D. [RO PHARM]" <Miller.Jordan@mayo.edu>
> **Cc:** "Jones, Renee M., M.S." <Jones.Renee@mayo.edu>
> **Subject: FW: Secret Santa Exchange**

Dear colleagues,

**I suggested to Nadine and Melody we (on a voluntary basis) be included to the Secret Santa this year with our office staff.   I think it would promote camaraderie and positive spirit within our group.**

Here are the details for everyone who would like to be involved.

**Gift Price Range:  $10.00-$15.00**

**We will pick names Thursday, November 16th**

We will do the exchange on the week of December 4-8th.

We came up with two options:   You can give one gift for   your Secret Santa on December 8th or you can give small gifts each day.

If you could type a note with hints along with your gift about yourself so your Secret Santa can try to guess who you are.

Bringing the Christmas spirit, Excitement and Laughter to CVS!!!

**I will have printed copies to fill during department meeting, or please feel free to complete online and send to me.**

Confidential

Cheers.

S

**From:** Merkel, Nadine A.
**Sent:** Wednesday, November 15, 2017 10:12 AM
**To:** Maltais, Simon, M.D., Ph.D.
**Subject:** Secret Santa Exchange

Nadine A Merkel | Cardiovascular Surgery| Secretary |
Ph: 507-293-1375 | Fax: 507-255-7378 |
merkel.nadine@mayo.edu Mayo Clinic | 200 First
Street SW | Rochester, MN 55905 | mayoclinic.org
Mayo Clinic, a mission-driven worldwide leader in
health care for 150 years.
http://150years.mayoclinic.org/

# Exhibit I

**From:** Said, Sameh M., M.D.
**Sent:** Saturday, November 25, 2017 5:00 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Flights to Bahrain

Fuck Melanie

Sent from my iPhone

On Nov 24, 2017, at 10:05 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> Well here you go………… Melody listening to my whole conversation while trying to book Hend's flight.  Came over to my desk and said "You cannot be booking her travel. Since this is personal, she needs to book herself or have Sameh do it."

> **From:** Said, Sameh M., M.D.
> **Sent:** Friday, November 24, 2017 2:30 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Cc:** Hend Mohamed
> **Subject:** Re: Flights to Bahrain
>
> Obvious
> I don't have any body on my side in this freaking department
>
> Sent from my iPhone
>
> On Nov 24, 2017, at 10:28 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>
>> I am on her side!
>>
>> **From:** Said, Sameh M., M.D.
>> **Sent:** Friday, November 24, 2017 2:27 PM
>> **To:** Johnson, Rachel M. [RO CAR]
>> **Cc:** Hend Mohamed
>> **Subject:** Re: Flights to Bahrain
>>
>> That's what happens when I leave her alone for awhile, she becomes creative
>>
>> Sent from my iPhone
>>
>> On Nov 24, 2017, at 10:26 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>>
>>> ☺ THAT WAS A **GREAT** RESPONSE. Hahahaha
>>> Do you want a window or isle seat?

1

MAYO_001124

**From:** Hend Mohamed [mailto:hannouda_03@yahoo.com]
**Sent:** Friday, November 24, 2017 2:17 PM
**To:** Johnson, Rachel M. [RO CAR]
**Cc:** Said, Sameh M., M.D.
**Subject:** Re: Flights to Bahrain

Thank you very much Rachel for advocating on my behalf ☺. We know you, Sameh, you are a rich guy so leave poor or mid- level people like me to enjoy the convenience of the economy class flight😜. Rachel, we will definitely switch seats before 2 hours flying. Yes, please, go ahead and buy the Delta economy through Mayo Clinic. Thanks for your time! Hend

Sent from my iPhone

On Nov 24, 2017, at 10:59 AM, Said, Sameh M., M.D. <Said.Sameh@mayo.edu> wrote:

> You're both good and not part of most people
> # I'm sitting in business class
>
> Sent from my iPhone
>
> On Nov 24, 2017, at 6:58 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>
>> Well I wouldn't either for $8500
>>
>> **From:** Said, Sameh M., M.D.
>> **Sent:** Friday, November 24, 2017 10:56 AM
>> **To:** Johnson, Rachel M. [RO CAR]
>> **Cc:** Hend Mohamed
>> **Subject:** Re: Flights to Bahrain
>>
>> I know but i also know how she thinks?
>> After two hours flying there will be a kiss and a question "Honey, can we switch seats?"
>> So I'm not
>> She does not want to buy a business class ticket
>> Thanks
>>
>> Sent from my iPhone
>>
>> On Nov 24, 2017, at 6:53 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>>
>>> No but for your wife….

2

MAYO_001125

**From:** Said, Sameh M., M.D.
**Sent:** Friday, November 24, 2017 10:51 AM
**To:** Johnson, Rachel M. [RO CAR]
**Cc:** Hend Mohamed
**Subject:** Re: Flights to Bahrain

I'm not changing my seat on the flight

Sent from my iPhone

On Nov 24, 2017, at 6:45 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

Directly through Delta (Economy): $1,052.46

**Directly through Delta (Business Class): $8,533.46**

Expedia (Economy): $1,059.46

Mayo Clinic (Economy):

3

MAYO_001126

1,052.46

**Rachel M. Johnson** | Cardiovascular Surgery | Medical Secretary and Patient Appointment Coordinator supporting: Dr. Sameh M. Said, M.D. | Ph: 507-255-7066 | Fax: 507-255-8674 | johnson.rachel4@mayo.edu **Mayo Clinic** | 200 First Street

4

MAYO_001127

SW | Rochester, MN 55905 | mayoclinic.org

*Mayo Clinic, a mission-driven worldwide leader in health care for 150 years.* http://150years.mayoclinic.org/

5

MAYO_001128

# Exhibit J

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Thursday, January 25, 2018 1:56 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: Workplace Sexual Harassment

Good to know

Sent from my iPhone

On Jan 24, 2018, at 7:42 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> Lol. Oh you'll know if I complained.. I would have complained to you before I'd turn you in
>
> **From:** Said, Sameh M., M.D., M.B., B.Ch.
> **Sent:** Wednesday, January 24, 2018 7:23 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** RE: Workplace Sexual Harassment
>
> Good, because it seems like it is the most famous theme going now in this country
> Just let me know before that and I will just leave quietly
>
> **From:** Johnson, Rachel M. [RO CAR]
> **Sent:** Wednesday, January 24, 2018 7:22 PM
> **To:** Said, Sameh M., M.D., M.B., B.Ch.
> **Subject:** RE: Workplace Sexual Harassment
>
> HA!  No.  I wouldn't backstab you like that.
>
> **From:** Said, Sameh M., M.D., M.B., B.Ch.
> **Sent:** Wednesday, January 24, 2018 12:50 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** FW: Workplace Sexual Harassment
>
> Did you complain?
>
> **From:** Jones, Renee M., M.S.
> **Sent:** Wednesday, January 24, 2018 8:11 AM
> **To:** Bagameri, Gabor, M.D.; Cicek, M. Sertac, M.D.; Crestanello, Juan A., M.D.; Daly, Richard C., M.D.; Greason, Kevin L., M.D.; Maltais, Simon, M.D., Ph.D.; Pochettino, Alberto, M.D.; Said, Sameh M., M.D., M.B., B.Ch.; Schaff, Hartzell V., M.D.; Stulak, John M., M.D.; Miller, Jordan D., Ph.D. [RO PHARM]
> **Cc:** Dearani, Joseph A., M.D.
> **Subject:** FW: Workplace Sexual Harassment
>
> Good morning,
> Please review the attached and let me or Dr. Dearani know if you have any questions or concerns.
>
> **Renee Jones, M.S.**
> Operations Manager, Cardiovascular Surgery
> Mayo Clinic
> Office: 507.25**5.9165**

1

MAYO_002486

Pager: **3-4958**

---

**From:** Dearani, Joseph A., M.D.
**Sent:** Wednesday, January 17, 2018 5:11 PM
**To:** Jones, Renee M., M.S.
**Subject:** FW: Workplace Sexual Harassment

---

**From:** Kroeger, Brenda L.
**Sent:** Wednesday, January 17, 2018 4:29 PM
**To:** DL RST Department Chairs; DL RST Division Chairs
**Cc:** Wendorff, Stephanie R., SPHR, SHRM-SCP; Kroeger, Brenda L.
**Subject:** Workplace Sexual Harassment

*Sent on behalf of Charanjit Rihal, M.D., Chair, Rochester Personnel Committee*

The topic of Sexual Harassment was discussed at the  December 13th Department Chairs meeting.  This is a summary of key information, please discuss with your leadership team.

**Brenda L. Kroeger** | Executive Assistant to: Charanjit Rihal, M.D., Chair, Personnel Committee | Stephanie R. Wendorff, PHR, Secretary, Personnel Committee|
Phone: (507)266-4707 | kroeger.brenda@mayo.edu
**Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | www.mayoclinic.org

2

| | |
|---|---|
| **From:** | Jones, Renee M., M.S. |
| **Sent:** | Wednesday, January 24, 2018 2:11 PM |
| **To:** | Bagameri, Gabor, M.D.; Cicek, M. Sertac, M.D.; Crestanello, Juan A., M.D.; Daly, Richard C., M.D.; Greason, Kevin L., M.D.; Maltais, Simon, M.D., Ph.D.; Pochettino, Alberto, M.D.; Said, Sameh M., M.D., M.B., B.Ch.; Schaff, Hartzell V., M.D.; Stulak, John M., M.D.; Miller, Jordan D., Ph.D. [RO PHARM] |
| **Cc:** | Dearani, Joseph A., M.D. |
| **Subject:** | FW: Workplace Sexual Harassment |
| **Attachments:** | Workplace Sexual Harassment.docx |

Good morning,

Please review the attached and let me or Dr. Dearani know if you have any questions or concerns.

**Renee Jones, M.S.**
Operations Manager, Cardiovascular Surgery
Mayo Clinic
Office: 507.255.**9165**
Pager: **3-4958**

---

**From:** Dearani, Joseph A., M.D.
**Sent:** Wednesday, January 17, 2018 5:11 PM
**To:** Jones, Renee M., M.S.
**Subject:** FW: Workplace Sexual Harassment

---

**From:** Kroeger, Brenda L.
**Sent:** Wednesday, January 17, 2018 4:29 PM
**To:** DL RST Department Chairs; DL RST Division Chairs
**Cc:** Wendorff, Stephanie R., SPHR, SHRM-SCP; Kroeger, Brenda L.
**Subject:** Workplace Sexual Harassment

***Sent on behalf of Charanjit Rihal, M.D., Chair, Rochester Personnel Committee***

The topic of Sexual Harassment was discussed at the  December 13th Department Chairs meeting.  This is a summary of key information, please discuss with your leadership team.

**Brenda L. Kroeger** | Executive Assistant to: Charanjit Rihal, M.D., Chair, Personnel Committee | Stephanie R. Wendorff, PHR, Secretary, Personnel Committee|
Phone: (507)266-4707 | kroeger.brenda@mayo.edu
**Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | www.mayoclinic.org

1

MAYO_001992

 **MAYO CLINIC**

# *Memo*

200 First Street SW
Rochester, Minnesota 55905
507-284-2511

**Charanjit S. Rihal, MD, MBA**
Chair, Personnel Committee
Rochester MN

**Date:**

**To:**   **Rochester Department and Division Chairs**

**Re:**   **Workplace Sexual Harassment**

Dear Colleagues,

Thank you for the discussion at the Department Chairs meeting this week.  In response to ongoing media coverage related to sexual harassment, we are reminding all staff and leaders about Mayo's core values.

1. Our responsibility as leaders is to ensure a safe working environment for all of our staff, such that they can complete their professional duties without fear of discrimination, harassment or retaliation.
2. If you hear about issues related to mutual respect or sexual harassment, please contact the Personnel Committee Chair or Secretary for guidance.  It is important that we report all incidents and situations so we can understand Mayo Clinic's overall status on this matter.
3. We have strong policies and processes in place to address issues that arise.  Please take the time to review these as it will likely address many questions on this topic. Equal Employment and Affirmative Action, Sexual and Other Harassment; Title IX Sexual Misconduct Policy.  The Corrective Action policy is another reference, though may not be applicable to all matters as many times a collegial conversation is appropriate.  Corrective Action
4. We desire a professional and safe environment.  Professional and personal boundaries must be respected.  Striking the balance of collegiality and professionalism is our responsibility as chairs and leaders.  Attached is a link to an article in the Wall Street Journal that was published recently.  https://www.wsj.com/articles/is-office-romance-still-allowed-1512144685
5. We are reviewing our training materials and content to ensure they are robust and contemporary.

Do not hesitate to contact me as the Rochester Personnel Committee Chair or Stephanie Wendorff, Secretary, Personnel Committee with questions or requests for consultations.

MAYO_001993

# Exhibit K

**From:**      Said, Sameh M., M.B., B.Ch., M.D. [Said.Sameh@mayo.edu] on behalf of Said, Sameh M., M.B., B.Ch., M.D. <Said.Sameh@mayo.edu>
**Sent:**      Wednesday, September 12, 2018 6:21 PM
**To:**      Johnson, Rachel M. [RO CAR]; Johnson, Rachel M. [RO CAR]
**Subject:**      RE: Meeting with Dr. Flick and Dr. Said

Sounds fishy and I can smell Dearani all over it
Fuckkkkk

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, September 12, 2018 11:02 AM
**To:** Said, Sameh M., M.B., B.Ch., M.D.
**Subject:** FW: Meeting with Dr. Flick and Dr. Said

You OK with this?

---

**From:** Anderson, Linda M. [RO A-A]
**Sent:** Wednesday, September 12, 2018 10:59 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Meeting with Dr. Flick and Dr. Said

Hi Rachel,

Dr. Flick has requested that I set up a recurring meeting with Dr. Said every 2 months for the next 6 months. Let's start with meeting #1. Can you give me some days and times over the next few weeks that Dr. Said could meet with Dr. Flick. They are both located at SMH so the meeting will be here if that helps. Linda

---

**Linda M. Anderson |** Department of Anesthesiology & Perioperative Medicine|
Administrative Assistant to:
   **Niki M. Dietz, MD; Kelly J. Doolittle, MD; Randall P. Flick, MD;**
   **Dawit T. Haile, MD; Molly Herr, MD;  Kent H. Rehfeldt, MD;**
   **Gregory J. Schears, MD; Yu Shi, MD**
Phone: 507-255-1246 | Fax: 507:255-2939 | E-mail: **lmanderson@mayo.edu**
**Mayo Clinic** | 200 First Street, SW., MB 2-860 | Rochester, MN USA 55905

---

1

MAYO_000908

# Exhibit L

| | |
|---|---|
| **From:** | Said, Sameh M., M.B., B.Ch., M.D. [Said.Sameh@mayo.edu] on behalf of Said, Sameh M., M.B., B.Ch., M.D. <Said.Sameh@mayo.edu> |
| **Sent:** | Tuesday, September 4, 2018 2:20 PM |
| **To:** | Johnson, Rachel M. [RO CAR]; Johnson, Rachel M. [RO CAR] |
| **Subject:** | Re: Coarctation case tomorrow |

This is because of our shitty chair

Made every asshole in this fucking hospital able to look at us and talk to us this way
I'm really upset

Sent from my iPhone

On Sep 4, 2018, at 8:03 AM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> I can't believe she has the guts to tell you that.
>
> ---
>
> **From:** Said, Sameh M., M.B., B.Ch., M.D.
> **Sent:** Saturday, September 01, 2018 11:27 AM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** Fwd: Coarctation case tomorrow
>
> Look at this ridiculousness
> She is threatening me...
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Ashikhmina, Elena, M.D., Ph.D." <Ashikhmina.Elena@mayo.edu>
>> **Date:** September 1, 2018 at 8:43:01 AM CDT
>> **To:** "Said, Sameh M., M.B., B.Ch., M.D." <Said.Sameh@mayo.edu>
>> **Subject: RE: Coarctation case tomorrow**
>>
>> Please book it so that everybody else shows up.
>> Also none of my business but FYI they are monitoring your weekend surgical activity very closely, so the indication of an emergent case should be thought through.
>>
>> -----Original Message-----
>> From: Said, Sameh M., M.B., B.Ch., M.D.
>> Sent: Saturday, September 01, 2018 8:39 AM
>> To: Ashikhmina, Elena, M.D., Ph.D.
>> Subject: RE: Coarctation case tomorrow
>>
>> Great
>> Thank you
>>
>> -----Original Message-----

1

MAYO_001259

From: Ashikhmina, Elena, M.D., Ph.D.
Sent: Saturday, September 01, 2018 8:38 AM
To: Said, Sameh M., M.B., B.Ch., M.D.
Subject: RE: Coarctation case tomorrow

I'll contact nurse anesthetist and we will plan 7:30.

-----Original Message-----
From: Said, Sameh M., M.B., B.Ch., M.D.
Sent: Saturday, September 01, 2018 8:38 AM
To: Ashikhmina, Elena, M.D., Ph.D.
Subject: RE: Coarctation case tomorrow

That will be fantastic

-----Original Message-----
From: Ashikhmina, Elena, M.D., Ph.D.
Sent: Saturday, September 01, 2018 8:37 AM
To: Said, Sameh M., M.B., B.Ch., M.D.
Subject: RE: Coarctation case tomorrow

Ok. 7:30?

-----Original Message-----
From: Said, Sameh M., M.B., B.Ch., M.D.
Sent: Saturday, September 01, 2018 8:37 AM
To: Ashikhmina, Elena, M.D., Ph.D.
Subject: RE: Coarctation case tomorrow

Sorry



F     U     C

-----Original Message-----
From: Ashikhmina, Elena, M.D., Ph.D.
Sent: Saturday, September 01, 2018 8:36 AM
To: Said, Sameh M., M.B., B.Ch., M.D.
Subject: RE: Coarctation case tomorrow

Any medical record number?

-----Original Message-----
From: Said, Sameh M., M.B., B.Ch., M.D.
Sent: Saturday, September 01, 2018 8:33 AM
To: Ashikhmina, Elena, M.D., Ph.D.
Subject: Coarctation case tomorrow

Hi Elena
I would like to do this baby tomorrow. A 3.4 kg neonate with severe coarctation
and hypoplastic arch. Plan for sternotomy and I'll need right radial and a femoral

2

Confidential

MAYO_001260

arterial lines
Thanks
Sameh

Sent from my iPhone

Confidential

MAYO_001261

# Exhibit M

| | |
|---|---|
| **From:** | Said, Sameh M., M.B., B.Ch., M.D. [Said.Sameh@mayo.edu] on behalf of Said, Sameh M., M.B., B.Ch., M.D. <Said.Sameh@mayo.edu> |
| **Sent:** | Thursday, September 6, 2018 10:32 PM |
| **To:** | Johnson, Rachel M. [RO CAR]; Johnson, Rachel M. [RO CAR] |
| **Subject:** | Re: S███████████████████ |

Trust me I'll give you the best service.. you just need to get ready for it

Sent from my iPhone

On Sep 6, 2018, at 5:24 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> I get that they are in town, but I wish I got this kind of service.  I should have to rearrange patients that have been scheduled for a month for someone that wants surgery soon because of convenience.
>
> **From:** Said, Sameh M., M.B., B.Ch., M.D.
> **Sent:** Thursday, September 06, 2018 4:23 PM
> **To:** Johnson, Rachel M. [RO CAR]; Reid, Rebecca K., P.A.-C.
> **Subject:** Fwd: S██████████████████
>
> Team, Don't make look incompetent please
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Hagler, Donald J., M.D." <Hagler.Donald@mayo.edu>
>> **Date:** September 6, 2018 at 5:21:04 PM EDT
>> **To:** "Said, Sameh M., M.B., B.Ch., M.D." <Said.Sameh@mayo.edu>
>> **Cc:** "Johnson, Rachel M. [RO CAR]" <Johnson.Rachel4@mayo.edu>, "Reid, Rebecca K., P.A.-C." <Reid.Rebecca@mayo.edu>
>> **Subject: RE: S**███████████████████
>>
>> Ok
>> I will tell them to wait.
>>
>> *Donald J. Hagler, MD*
>> Professor of Pediatrics and Medicine
>> Division of Pediatric Cardiology and
>> Department of Cardiovascular Diseases
>> Mayo Clinic College of Medicine
>> Rochester, MN
>> hagler.donald@mayo.edu
>> 507 266-0676
>> FAX 507 255-8122
>>
>> **From:** Said, Sameh M., M.B., B.Ch., M.D.
>> **Sent:** Thursday, September 06, 2018 4:20 PM
>> **To:** Hagler, Donald J., M.D.

1

Confidential

**Cc:** Johnson, Rachel M. [RO CAR]; Reid, Rebecca K., P.A.-C.
**Subject:** Re: S███████████████████

We will figure it out like always
No need to give up

Sent from my iPhone

On Sep 6, 2018, at 5:11 PM, Hagler, Donald J., M.D. <Hagler.Donald@mayo.edu> wrote:

> Not sure what to do
> Sounds like things are very busy next week.
>
> *Donald J. Hagler, MD*
> Professor of Pediatrics and Medicine
> Division of Pediatric Cardiology and
> Department of Cardiovascular Diseases
> Mayo Clinic College of Medicine
> Rochester, MN
> hagler.donald@mayo.edu
> 507 266-0676
> FAX 507 255-8122
>
> ---
>
> **From:** Said, Sameh M., M.B., B.Ch., M.D.
> **Sent:** Thursday, September 06, 2018 3:14 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Cc:** Reid, Rebecca K., P.A.-C.; Hagler, Donald J., M.D.
> **Subject:** Re: S███████████████████
>
> Just check if we can make these changes in the list next week
>
> Sent from my iPhone
>
> On Sep 6, 2018, at 3:54 PM, Johnson, Rachel M. [RO CAR]
> <Johnson.Rachel4@mayo.edu> wrote:
>
>> Dr. Said,
>>
>> Rebecca and I discussed and thought maybe you
>> could do the case on September 24, so I called the
>> patient but they really don't want to wait that
>> long.  I'm not sure what you mentioned for next
>> week changes will work.
>>
>> Let us know if any other plan would work.
>>
>> Thanks,
>> Rachel
>>
>> ---
>>
>> **From:** Johnson, Rachel M. [RO CAR]
>> **Sent:** Wednesday, September 05, 2018 2:55 PM
>> **To:** Said, Sameh M., M.B., B.Ch., M.D.

2

MAYO_001269

**Cc:** Reid, Rebecca K., P.A.-C.; Hagler, Donald J., M.D.
**Subject:** S██████████████

Dr. Said –

Dr. Hagler called up just a minute ago wondering if you'd have a surgical date available next week for this patient?  He had a heart cath done today. Looking at your calendar, not sure which day would work best, if any.

Let me know.

Thanks,
Rachel

**Rachel M. Johnson** | Cardiovascular Surgery | Medical Secretary to: Sameh M. Said, M.D. and Juan A. Crestanello, M.D. | Ph: 507-255-7066 | Fax: 507-255-8674 | johnson.rachel4@mayo.edu
**Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | mayoclinic.org

*Mayo Clinic, a mission-driven worldwide leader in health care for 150 years.*
http://150years.mayoclinic.org/

3

MAYO_001270

# Exhibit N

**From:**      Said, Sameh M., M.D., M.B., B.Ch.
**Sent:**      Thursday, March 22, 2018 3:03 AM
**To:**        Johnson, Rachel M. [RO CAR]
**Subject:**   RE: So much to do...

He came to the OR to watch me doing ██████ case, asking how did you repair it?
Roxann Pike the anesthesiologist who hates me and is a close friend of Dearani himself and she spoke negative about me in my evaluation and I know that for a fact, today Jon Johnson told me in front of her that Roxann wants to you do baby of her relative and I'm sending it to you
You see, they know who has god result and they see how I work but they screw me but in the serious times, they send me their patients and relatives to operate on them

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:50 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

Did you really tell him you'd leave?  Because that's a good threat.  Cardiology called me today and said "Geez, everyone requests Dr. Said these days!  Does Dearani even do peds anymore besides Ebsteins?"  haha

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:49 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

Stulak is fucking with me and Dearani is listening to his bullshitt.
Then Dearani wants to delay my promotion to  consultant because he thinks my evaluation may not be good and he doesn't want to risk it, bullshitt
I told him if I'm not consultant by July, I'm leaving
And other crap, I'm just tired. I'm working hard and turned this place upside down but it is not appreciated and …..
That's enough

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:44 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

explain

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:44 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

Yes
And I'm really very angry

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:44 PM

Confidential

MAYO_002457

**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

Why what happened??  Are they still after you?

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:43 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

I had a very shitty day and I'm not going to tolerate Dearani or Stulak anymore
I think I will start to look for another place
I hate this fucking place

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:41 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

I thought I got more than this done today......maybe by the end of the week it'll be all done... Lol I just need to focus

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 5:27 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: So much to do...

I feel dizzy and I have headache...
I personally can't do it. I have no doubt you will be able to do it because you're the most efficient and multitasking person in Mayo Clinic ( only after me)..
Hang in there girl
........

Sent from my iPhone

On Mar 20, 2018, at 10:11 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> Here is just a small list of things I need to do in addition to scheduling all the patients surgery............ I didn't even have training last week, it's so hard to focus when there is so much that needs to be done
>
> 1. Trips – Said/Crestanello
> 2. ~~Dental appts on calendar~~
> 3. Eric Steeves
> 4. CME
> 5. CV
> 6. ~~Rebelein letter~~
> 7. ~~Ozaki~~
> 8. Marbree b-day
> 9. Keller flowers
> 10. Lauren Hoel story

2

Confidential

MAYO_002458

11. Dues
12. JH care conference
13. Dismissal summaries
14. Dr. Said car class
15. Record review calls
16. FMLA
17. Bryce Mitchell research papers
18. Consult charges
19. ~~Call Isadora's mom about appts.~~
20. Help Suzan with Maltais CV errors
21. ~~Fetal referral – call mother~~
22. Collaborative Practice Agreements (x2) – Crestanello
23. ~~Dearani – fetal consult – call mother~~
24. ~~Intuitive Introductions – Crestanello~~
25. ~~CV surgical numbers to Jon Johnson~~
26. MCHS Shadowing for Epic
27. Shorthand clean-up
28. Call schedule to MSS and SPS
29. Epic training reviews
30. Fetal list on calendar
31. Registration Scenarios – need to be done by 4/14
32. Block surgeons unavailable time in Epic
33. Crestanello – The Leadership Effect meeting
34. ~~AATS Dues – Crestanello~~
35. France visa
36. Event fund dues

**Rachel M. Johnson** | Cardiovascular Surgery | Medical Secretary to: Sameh M. Said, M.D. and Juan A. Crestanello, M.D. | Ph: 507-255-7066 | Fax: 507-255-8674 | johnson.rachel4@mayo.edu
**Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | mayoclinic.org

*Mayo Clinic, a mission-driven worldwide leader in health care for 150 years.*
http://150years.mayoclinic.org/

3

Confidential

MAYO_002459

# Exhibit O

| | |
|---|---|
| **From:** | Said, Sameh M., M.D., M.B., B.Ch. [Said.Sameh@mayo.edu] on behalf of Said, Sameh M., M.D., M.B., B.Ch. <Said.Sameh@mayo.edu> |
| **Sent:** | Thursday, March 22, 2018 3:19 AM |
| **To:** | Johnson, Rachel M. [RO CAR] |
| **Subject:** | Re: So much to do... |

He reads my operative reports. I realized today, he made a mistake and it was clear he lies

He told me about the case I did the Ross on her. Asked me technical question. He said that they were concerned why I did the Ross for this patient and the way I did it is different so I told him "I'm sorry is anesthesia now is going to tell me how I do the operation?" He said no it was not the anesthesia so I told him cardiologist then? They don't even understand what I'm doing he said no it wasn't them but I'm trying to tell you we need to be careful about what we are doing. Obviously I realized he reads my reports and look up
My cases...son of a bitch

Sent from my iPhone

On Mar 21, 2018, at 10:13 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:

> Definitely not.  He wouldn't know what to do.
>
> **From:** Said, Sameh M., M.D., M.B., B.Ch.
> **Sent:** Wednesday, March 21, 2018 10:12 PM
> **To:** Johnson, Rachel M. [RO CAR]
> **Subject:** Re: So much to do...
>
> Just finished the OR today. Like everyday, I go home when everybody slept already and my wife is not happy because she feels I'm upset and she hates Dearani too
> He wouldn't have done what I have done for his patient that died ..
> He is jealous and doesn't appreciate what I have done for this fucking place in less than three years. They will not find anybody to fill my shoes if I left.
>
> Sent from my iPhone
>
> On Mar 21, 2018, at 10:07 PM, Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> wrote:
>
>> That's exactly what he thinks.  He's playing you worse than Elena did.  He doesn't do shit around the hospital but just because he has the title thinks he's the only one that matters and can do whatever he wants.  You are of little importance to him
>>
>> **From:** Said, Sameh M., M.D., M.B., B.Ch.
>> **Sent:** Wednesday, March 21, 2018 10:05 PM
>> **To:** Johnson, Rachel M. [RO CAR]
>> **Subject:** RE: So much to do...
>>
>> I know, this is all act and lie on his side. He just wants to show as if he is helping me. I'm not stupid
>> I know that

1

MAYO_001869

Then he asks me about Elena today too, brought lots of the past issues as if he reminds me
He wants to stay in control and this is his last resort. This delay in promotion and evaluations ..etc are all his tricks. He thinks I'm stupid

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 10:01 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

Did you ask Dearani about your previous reviews?  The ones no one can seem to find…..because THEY WERE NEVER DONE

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:58 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

I did told him that and I told him send the evaluations because that bitch Renee is also playing a role. I told him if these people here don't think I'm fit to this place, then it is better for me to leave. He said: no, no you are of course fit but I want the process to go smooth…blah blah blah
I'm tired
I'm frustrated
I have to look for a different place, and that's what I'm going to do
I can't tolerate Stulak and Maltais bullshitt and tired of Dearani lack of leadership…This is distraction to me and I'm trying to focus
I spend more time here than at Home, I have problems with my wife, I don't see my kids
Fuck
Fuck
fuckkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkk

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:50 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

Did you really tell him you'd leave?  Because that's a good threat.  Cardiology called me today and said "Geez, everyone requests Dr. Said these days!  Does Dearani even do peds anymore besides Ebsteins?"  haha

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:49 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

Stulak is fucking with me and Dearani is listening to his bullshitt.
Then Dearani wants to delay my promotion to  consultant because he thinks my evaluation may not be good and he doesn't want to risk it, bullshitt
I told him if I'm not consultant by July, I'm leaving
And other crap, I'm just tired. I'm working hard and turned this place upside down but it is not appreciated and …..

2

MAYO_001870

That's enough

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:44 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

explain

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:44 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

Yes
And I'm really very angry

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:44 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

Why what happened??  Are they still after you?

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 9:43 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: So much to do...

I had a very shitty day and I'm not going to tolerate Dearani or Stulak anymore
I think I will start to look for another place
I hate this fucking place

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Wednesday, March 21, 2018 9:41 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: So much to do...

I thought I got more than this done today......maybe by the end of the week it'll
be all done... Lol I just need to focus

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Wednesday, March 21, 2018 5:27 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Re: So much to do...

I feel dizzy and I have headache...
I personally can't do it. I have no doubt you will be able to do it because you're the most
efficient and multitasking person in Mayo Clinic ( only after me)..
Hang in there girl
........

3

MAYO_001871

Sent from my iPhone

On Mar 20, 2018, at 10:11 PM, Johnson, Rachel M. [RO CAR]
<Johnson.Rachel4@mayo.edu> wrote:

Here is just a small list of things I need to do in addition to
scheduling all the patients surgery............. I didn't even have
training last week, it's so hard to focus when there is so much that
needs to be done

1. Trips – Said/Crestanello
2. ~~Dental appts on calendar~~
3. Eric Steeves
4. CME
5. CV
6. ~~Rebelein letter~~
7. ~~Ozaki~~
8. Marbree b-day
9. Keller flowers
10. Lauren Hoel story
11. Dues
12. JH care conference
13. Dismissal summaries
14. Dr. Said car class
15. Record review calls
16. FMLA
17. Bryce Mitchell research papers
18. Consult charges
19. ~~Call Isadora's mom about appts.~~
20. Help Suzan with Maltais CV errors
21. ~~Fetal referral – call mother~~
22. Collaborative Practice Agreements (x2) – Crestanello
23. ~~Dearani – fetal consult – call mother~~
24. ~~Intuitive Introductions – Crestanello~~
25. ~~CV surgical numbers to Jon Johnson~~
26. MCHS Shadowing for Epic
27. Shorthand clean-up
28. Call schedule to MSS and SPS
29. Epic training reviews
30. Fetal list on calendar
31. Registration Scenarios – need to be done by 4/14
32. Block surgeons unavailable time in Epic
33. Crestanello – The Leadership Effect meeting
34. ~~AATS Dues – Crestanello~~
35. France visa
36. Event fund dues

4

MAYO_001872

**Rachel M. Johnson** | Cardiovascular Surgery | Medical Secretary to: Sameh M. Said, M.D. and Juan A. Crestanello, M.D. | Ph: 507-255-7066 | Fax: 507-255-8674 | johnson.rachel4@mayo.edu
**Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | mayoclinic.org

*Mayo Clinic, a mission-driven worldwide leader in health care for 150 years.* http://150years.mayoclinic.org/

5

MAYO_001873

# Exhibit P

| | |
|---|---|
| **From:** | Johnson, Rachel M. [RO CAR] [Johnson.Rachel4@mayo.edu] on behalf of Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu> |
| **Sent:** | Monday, July 2, 2018 6:48 PM |
| **To:** | Said, Sameh M., M.D., M.B., B.Ch.; Said, Sameh M., M.D., M.B., B.Ch. |
| **Subject:** | RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here |

Because you're acting like a teenager and trying to make me feel bad for what I did.  I have no shame, people go to parties where they don't know anyone and end up having to sit by themselves.  I did it at a lot of grad parties and baby/bridal showers.  Your mind must just think differently

I'm done arguing

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:46 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Why did you say what you just said then?

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:45 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

You think I'm the one being immature

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:44 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Are you intentionally trying to make me angry right now? I would never expect you will say that even if it is a joke

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:43 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Do you want your gift back from her then too?

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:42 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Lol.

1

MAYO_001141

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:40 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Like I said, I don't go or accept friend requests from any one I don't know but I did it because of you, so stop that bull shit that you're trying to say
I didn't know anyone in that freaking party, so I was not going to push myself and sit with people that I don't know but you treated me like shitt there and you embarrassed me, but I learned the lesson
I was just too respectful to you but I shouldn't have been

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:36 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Lol so you felt obligated to go.

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:35 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

I didn't know her either but I came as a respect to you and the same for her friend request on face book, I accepted it because of you too
May be I shouldn't have gone so I'm not sure why are you acting like this?
I'm assuming you're mature enough to have some kind of sense conversation

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:33 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

She wanted to invite you
You're the one that assumes everything

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:30 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Woww!!
There is no need for all that yelling. I came for your sister party because of your invitation
Now, I'm sorry that I came
No problem

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:28 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

2

Confidential

I am not committed to you in any way.  My sister invited you to HER party, it was not MY party therefore I should not feel obligated to have to speak with you the entire time.  Everyone else there was family/friends that I hadn't seen in a long time and I wanted to spend time with them.  You act like I'm your girlfriend

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:26 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Unbelievable, why are you like this?

---

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Monday, July 02, 2018 12:26 PM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** RE: are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

Good for you.  You can talk to yourself from now on

---

**From:** Said, Sameh M., M.D., M.B., B.Ch.
**Sent:** Monday, July 02, 2018 12:25 PM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** are we going to cry everytime or what? i'm trying to have a human-to-human conversation here

3

MAYO_001143

# Exhibit Q

| | |
|---|---|
| **From:** | Said, Sameh M., M.D., M.B., B.Ch. [Said.Sameh@mayo.edu] on behalf of Said, Sameh M., M.D., M.B., B.Ch. <Said.Sameh@mayo.edu> |
| **Sent:** | Wednesday, June 13, 2018 6:21 AM |
| **To:** | Johnson, Rachel M. [RO CAR]; Johnson, Rachel M. [RO CAR] |
| **Subject:** | Fwd: Cicek case today |

I'm going crazy right now from this son of a bitch and his friend

So I emailed Cetta and Jon about it and I'm going to destroy both Cicek and Dearani on Monday conference when the case is presented
He is not going to touch a kid from now on so as long I'm alive
Fuck fuck fuckkkkkkkkkkk

Sent from my iPhone

Begin forwarded message:

> **From:** <Said.Sameh@mayo.edu>
> **Date:** June 13, 2018 at 12:15:42 AM CDT
> **To:** <Johnson.Jonathan@mayo.edu>, <Cetta.Frank@mayo.edu>
> **Subject: Cicek case today**
>
> Hi Jon and Frank
> The case that was done today is a disaster by all means. This is a straightforward conduit change and it has to be a 100% success but for a poor little girl to end up with a mechanical truncal valve and a thrombosed femoral artery requiring vascular surgery intervention in addition to more than two hours of circulatory arrest and on ECMO with Pulmonary hemorrhage because of a lousy surgeon is not acceptable in my mind.
> First the plan when the case was discussed on Monday is just conduit change and that's why we discuss these cases so the plan stays the same. Second, this guy Cicek can't just bring kids here to operate upon and we pay the price of his complications.
> Something needs to change and we can't afford losing a kid in a straightforward operation as you all know. We are just recovering from Bassem Mora era that Dearani put the program in it and we can't go back there again.
> Thanks
> Sameh
>
> Sent from my iPhone

1

MAYO_000888

# Exhibit R

**From:**   "Said, Sameh M., M.D., M.B., B.Ch." <Said.Sameh@mayo.edu>, "Said, Sameh M., M.D., M.B., B.Ch." <"/O=MAYO CLINIC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=M023989">

**Sent on:** Friday, July 20, 2018 3:47:47 PM

**To:**    Johnson, Rachel M. [RO CAR] <Johnson.Rachel4@mayo.edu>; "Johnson, Rachel M. [RO CAR]" <"/O=MAYO CLINIC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M14489725c">

**Subject:** RE: Timecard


Every time I read this fucking email I get irritated. What does she think by sending you this fucking irritating question, it means she doesn't trust you and you are a liar. Not a good way to have good relation with your co-workers
You know I have your back 200%, but I don't want to do anything unless you give me a green light, so let me know and I'll handle it
We miss you at work, so come back quickly ☺, the office is tasteless when you are away

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Friday, July 20, 2018 8:44 AM
**To:** Said, Sameh M., M.D., M.B., B.Ch.
**Subject:** FW: Timecard

Every fucking time I'm away she tries to throw me under.  She had to specifically go in and look at my timecard this morning since timecards are not due until next Wednesday. But I'll show her, she think she can win, but I prove her wrong every time.  If she wants me to verify, I will verify more than she ever expected.

**From:** Johnson, Rachel M. [RO CAR]
**Sent:** Friday, July 20, 2018 8:42 AM
**To:** Roller, Melody J.
**Subject:** RE: Timecard

I don't know how else to verify but here are my sent emails from yesterday and the times.  There should be a gap around 11am when I said I was going to log off and work on Dr. Said's CV and trips which I only did for like 25 minutes.  I took a quick lunch and didn't log back in to the laptop right away as you'll see I sent his trip list to myself prior to logging off in the morning so called a hotel to book a room for a trip for Dr. Said then I updated the dot calendars for both surgeons trips. It started to rain here about 12:45 so I went down to the lodge for the rest of the evening and during that time, made 2 other hotel reservations,  reserved flights for his Mayo Clinic FL rotation,and  finalized things for his trip to Toronto in September.

Can we discuss this further when I return?  I feel like I'm not trusted and usually am accused of doing something wrong while away on vacation.


Thanks,
Rachel

⊿ Date: Yesterday

| | | | | |
|---|---|---|---|---|
| | @ 'Rachel Johnson' | Thu 7/19/2018 6:56 PM | 35 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 6:55 PM | 33 KB | |
| | Crestanello, Juan A., M... | Thu 7/19/2018 6:30 PM | 63 KB | |
| | Armstrong, Catherine ... | Thu 7/19/2018 6:29 PM | 9 KB | |
| | Kunde, Kathleen S. (Kat... | Thu 7/19/2018 6:24 PM | 21 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 6:23 PM | 9 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 6:22 PM | 40 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 6:13 PM | 33 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 6:12 PM | 39 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 6:06 PM | 8 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 5:35 PM | 22 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 5:20 PM | 8 KB | |
| | Brincks, Rhonda K.; Rei... | Thu 7/19/2018 5:09 PM | 19 KB | |
| ! | Said, Sameh M., M.D., ... | Thu 7/19/2018 5:09 PM | 7 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 4:47 PM | 40 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 4:46 PM | 40 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 4:44 PM | 39 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 4:43 PM | 15 KB | |
| | Larsen, Elizabeth J., M.... | Thu 7/19/2018 4:43 PM | 22 KB | |
| | Said, Sameh M., M.D., ... | Thu 7/19/2018 4:37 PM | 14 KB | |
| | Jones, Renee M., M.S. | Thu 7/19/2018 4:36 PM | 12 KB | |
| | Armstrong, Catherine ... | Thu 7/19/2018 4:36 PM | 8 KB | |
| | Crestanello, Juan A., M... | Thu 7/19/2018 4:34 PM | 12 KB | |
| | Crestanello, Juan A., M... | Thu 7/19/2018 4:34 PM | 13 KB | |

Confidential

| Sender | | Date | Size | |
|---|---|---|---|---|
| | Said, Sameh M., M.D., … | Thu 7/19/2018 4:32 PM | 19 KB | |
| | 'Rachel Johnson' | Thu 7/19/2018 2:28 PM | 28 KB | |
| | Larsen, Elizabeth J., M… | Thu 7/19/2018 2:27 PM | 22 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 2:27 PM | 21 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 2:26 PM | 21 KB | |
| | Robinson, Brenda L.; … | Thu 7/19/2018 2:22 PM | 38 KB | |
| | Larsen, Elizabeth J., M… | Thu 7/19/2018 2:18 PM | 19 KB | |
| | Brincks, Rhonda K.; Cr… | Thu 7/19/2018 2:17 PM | 10 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 2:01 PM | 20 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 2:00 PM | 20 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 1:51 PM | 18 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 1:51 PM | 18 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 1:47 PM | 16 KB | |
| | Merkel, Nadine A. | Thu 7/19/2018 1:30 PM | 8 KB | |
| | Reid, Rebecca K., P.A.-C. | Thu 7/19/2018 1:19 PM | 10 KB | |
| | Brincks, Rhonda K. | Thu 7/19/2018 1:15 PM | 5 KB | |
| | Horner, Justin | Thu 7/19/2018 11:00 AM | 10 KB | |
| | Brincks, Rhonda K.; Cr… | Thu 7/19/2018 10:52 AM | 12 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 10:46 AM | 7 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 10:41 AM | 12 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 10:38 AM | 10 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 10:37 AM | 16 KB | |
| | Flom, Elaine M. | Thu 7/19/2018 10:14 AM | 10 KB | |
| | Flom, Elaine M. | Thu 7/19/2018 9:35 AM | 9 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 9:34 AM | 44 KB | |
| | Yaw, Elissa J., APRN, C…. | Thu 7/19/2018 9:34 AM | 6 KB | |
| | Johnson, Rachel M. [R… | Thu 7/19/2018 9:32 AM | 7 KB | |
| | Reid, Rebecca K., P.A.-C. | Thu 7/19/2018 9:32 AM | 8 KB | |
| | Brincks, Rhonda K. | Thu 7/19/2018 9:16 AM | 11 KB | |
| | Smith, Patricia N. | Thu 7/19/2018 9:13 AM | 11 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 8:58 AM | 2 KB | |
| | 'Vanney, Michelle' | Thu 7/19/2018 8:54 AM | 3 KB | |
| | Enterprise Practice Plan… | Thu 7/19/2018 8:53 AM | 4 KB | |
| | Dahl, Sonja H., APRN, … | Thu 7/19/2018 8:49 AM | 4 KB | |
| | Dahl, Sonja H., APRN, … | Thu 7/19/2018 8:49 AM | 4 KB | |
| | Smith, Patricia N. | Thu 7/19/2018 8:47 AM | 9 KB | |
| | Brincks, Rhonda K. | Thu 7/19/2018 8:46 AM | 11 KB | |
| | Crestanello, Juan A., M… | Thu 7/19/2018 8:41 AM | 12 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 8:27 AM | 4 KB | |
| | Narr, Anthony J., D.N.P… | Thu 7/19/2018 8:20 AM | 16 KB | |
| | Brincks, Rhonda K. | Thu 7/19/2018 8:13 AM | 7 KB | |
| | Said, Sameh M., M.D., … | Thu 7/19/2018 8:04 AM | 12 KB | |
| | Brincks, Rhonda K.; Cr… | Thu 7/19/2018 8:00 AM | 10 KB | |
| | Crestanello, Juan A., M… | Thu 7/19/2018 8:00 AM | 14 KB | |

**From:** Roller, Melody J.
**Sent:** Friday, July 20, 2018 7:39 AM
**To:** Johnson, Rachel M. [RO CAR]
**Subject:** Timecard

Confidential

Please verify accuracy of your timecard for Thursday, July 19.
Thank you,

**Melody J. Roller** | Cardiovascular Surgery | Secretarial Supervisor and Medical Secretary to: Richard C. Daly, MD and Alberto Pochettino, MD | Ph: 507-255-7065 | Fax: 507-255-8674 | Pager: 127-02122 | roller.melody@mayo.edu | **Mayo Clinic** | 200 First Street SW | Rochester, MN 55905 | mayoclinic.org
*Mayo Clinic, a mission-driven worldwide leader in health care for 150 years.* http://150years.mayoclinic.org/

Confidential

# Exhibit S

**From:** Said, Sameh M., M.D., M.B., B.Ch. [Said.Sameh@mayo.edu] on behalf of Said, Sameh M., M.D., M.B., B.Ch. <Said.Sameh@mayo.edu>
**Sent:** Saturday, May 26, 2018 2:01 PM
**To:** Johnson, Rachel M. [RO CAR]; Johnson, Rachel M. [RO CAR]
**Subject:** HR

You mentioned that I'm meeting with someone from HR. Who is this person and what is it about? If she doesn't say, then I'm not meeting with her/him
If it is Stephanie Guidinger again, tell her I will only meet with her in the presence of Joe Dearani and Renee Jones because those people are liars and everyone say something different than the others and I'm in the middle so I want to put them all in one room face to face
Thanks

1